Robert H. Schmidt
Alaska Bar No. 9909048
GROH EGGERS, LLC
2600 Cordova St., Ste. 110
Anchorage, AK 99503
907-562-6474 (phone)
907-562-6044 (fax)
rob@groheggers.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHRIM BANK, an Alaska state-chartered bank, <br><br> Plaintiff, <br><br> v. <br><br> OSBORNE CONSTRUCTION COMPANY, A Washington corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. _____ |

COMPLAINT

Plaintiff Northrim Bank, by and through its attorneys, Groh Eggers, LLC, for its complaint against Osborne Construction Company, alleges as follows:

PARTIES

1. Plaintiff Northrim Bank ("Northrim") is a state-chartered bank, operating and doing business in the State of Alaska. Northrim's principal place of business, including its headquarters and senior management, are in Alaska. Northrim is in all ways qualified to bring and maintain this action, including all required filings.

*Northrim Bank v. Osborne Construction Co.*     Case No. _____
COMPLAINT
Page 1 of 4
Case 3:10-cv-00211-RRB   Document 1   Filed 09/17/10   Page 1 of 4

2. Defendant Osborne Construction Company ("Osborne") is a Washington corporation that does business in the State of Alaska. Osborne's principal place of business, including its corporate headquarters and senior management, are in Washington.

## JURISDICTION AND VENUE

3. This Court has jurisdiction under 28 U.S.C. § 1332 as the dispute involves citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4. Venue is proper as the transactions and occurrences giving rise to this litigation took place in Anchorage, Alaska.

## BACKGROUND & CLAIMS

5. Northrim was and is a secured creditor of 3-Way Electric, Inc., an Alaska corporation ("3-Way"). A copy of the commercial security agreement between Northrim and 3-Way is attached hereto as Exhibit 1.

6. On or about June 9, 2006, Northrim notified Osborne that Northrim was an assignee of 3-Way's accounts. A copy of Northrim's demand is attached hereto as Exhibit 2 (the "Demand"). Northrim demanded that Osborne pay Northrim, and not 3-Way, "any and all funds you are now obligated or in the future you become obligated to pay to [3-Way] to Northrim Bank instead of to [3-Way]." Exh. 2 at 1. 3-Way consented to Northrim's exercise of its assignment. Exh. 2 at 2.

7. On or about June 23, 2006, Osborne acknowledged receipt of the Demand and agreed to comply with the demand. A true and correct copy of Osborne's agreement

Law Offices of
GROH EGGERS, LLC
2600 Cordova St., Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

to the Demand is attached hereto as Exhibit 3. In particular, Osborne "acknowledg[ed] and agree[d] to pay any and all funds it is now obligated, or in the future it becomes obligated, to pay to the above identified Debtors [3-Way] to Northrim Bank instead of to the above-identified Debtors [3-Way]. Exh. 3 at 8.

8. Northrim has not rescinded or modified the Demand.

9. On or about September 22, 2008, Osborne paid 3-Way, and not Northrim, $900,000.00 (Nine Hundred Thousand Dollars exactly). Exh. 4.

10. 3-Way's obligations to Northrim exceed $900,000.00.

11. Osborne is or was an account debtor of 3-Way and 3-Way was or is an account creditor of Osborne.

12. Osborne received a notification from Northrim, 3-Way's secured lender, of the assignment of 3-Way's accounts to Northrim, and the demand that Osborne pay Northrim, and not 3-Way, those accounts.

13. Northrim's demand reasonably identified what 3-Way had assigned and what Osborne was obligated to pay to Northrim.

14. Osborne paid 3-Way, and not Northrim, amounts that should have been paid to Northrim.

15. Under AS 45.29.406(a) and other legal theories, Osborne's payment to 3-Way does not discharge its liability to pay Northrim. Under AS 45.29.406 and other legal theories, 3-Way remains responsible to Northrim for the $900,000 payment to 3-Way, and all other payments by Osborne to 3-Way after June 23, 2006 on accounts owed by Osborne to 3-Way.

Law Offices of
GROH EGGERS, LLC
2600 Cordova St., Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

Law Offices of
GROH EGGERS, LLC
2600 Cordova St., Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Northrim Bank prays for the entry of Judgment against Defendant Osborne Construction Company as follows:

1. For the principal sum of $900,000.00 for the amount paid to 3-Way by Osborne on September 22, 2008;

2. For the principal sum of any and all other accounts paid by Osborne to 3-Way after June 23, 2006;

3. For pre-judgment and post-judgment interest at the maximum rate allowed by law on all sums awarded;

4. For costs and attorney's fees incurred in this matter; and

5. For such other and further relief as the Court may deem just and appropriate.

DATED at Anchorage, Alaska this 17th day of September, 2010.

GROH EGGERS, LLC

Attorneys for Plaintiff Northrim Bank

By: /s/ Robert H. Schmidt
    Robert H. Schmidt
    Alaska Bar No. 9909048
    GROH EGGERS, LLC
    2600 Cordova St., Ste. 110
    Anchorage, AK 99503
    Phone: 907-562-6474
    Fax: 907-562-6044
    E-mail: rob@groheggers.com

*Northrim Bank v. Osborne Construction Co.*      Case No. _____
COMPLAINT
Page 4 of 4
Case 3:10-cv-00211-RRB    Document 1    Filed 09/17/10    Page 4 of 4