IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHRIM BANK, an Alaska state-charters bank,<br><br>    Plaintiff,<br><br>vs.<br><br>OSBORNE CONSTRUCTION COMPANY, a Washington corporation,<br><br>    Defendant.<br>_____<br>OSBORNE CONSTRUCTION COMPANY, a Washington corporation,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>3-WAY ELECTRIC OF ALASKA, INC., an Alaska corporation; HANDLE CONSTRUCTION CO., an Alaska corporation; MARC A. MARLOW, 115 E. 3RD AVENUE, LLC; EGAE, LLC; HUNTER MECHANICAL, INC.; MARLOW MANOR DOWNTOWN, LLC,<br><br>    Third-Party Defendants. | Case No. 3:10-cv-0211-RRB<br><br><br><br><br><br>**FINAL JUDGMENT** |

    Pursuant to this Court's Order at Docket 72 granting Plaintiff's Motion for Summary Judgment, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Northrim Bank have Judgment against and recover from Defendant Osborne Construction Company, a

FINAL JUDGMENT - 1
3:10-CV-0211-RRB

Washington corporation, in the principal amount of $1,049,481.10, plus prejudgment interest of $_____, costs of $_____, and attorney's fees of $_____, for a TOTAL JUDGMENT of $_____.

Since this Judgment resolves all claims by and between Plaintiff and Defendant, and since default has been entered against all Third-Party Defendants on all claims asserted against them, there is no just reason to delay entry of this Judgment as a Final Judgment. Therefore, pursuant to Rule 54(b) of the Fed. R. Civ. P., this Judgment is hereby entered as a Final Judgment.

This Final Judgment shall bear interest at the rate of <u>0.17</u>% per annum from the entry hereof.

**ENTERED** this 14th day of September, 2012.

                                           S/RALPH R. BEISTLINE
                                         UNITED STATES DISTRICT JUDGE