IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHRIM BANK, an Alaska state-charters bank,<br><br>    Plaintiff,<br><br>vs.<br><br>OSBORNE CONSTRUCTION COMPANY, a Washington corporation,<br><br>    Defendant.<br>_____<br>OSBORNE CONSTRUCTION COMPANY, a Washington corporation,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>3-WAY ELECTRIC OF ALASKA, INC., an Alaska corporation, HANDLE CONSTRUCTION CO., an Alaska corporation, MARC A. MARLOW, 115 E. 3RD AVENUE, LLC, EGAE, LLC, HUNTER MECHANICAL, INC., MARLOW MANOR DOWNTOWN, LLC,<br><br>    Third-Party Defendants. | Case No. 3:10-cv-00211-RRB<br><br><br><br>**FINAL JUDGMENT BY DEFAULT<br>ON APPLICATION TO CLERK<br>[THIRD-PARTY CLAIMS]** |

    Default was entered against Third-Party Defendants on August 31, 2011, Docket No. 43. The Affidavit of Counsel establishes a sum certain due under the Third-Party Complaint.

    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Third-Party Plaintiff Osborne Construction Company have and recover Judgment against Third-Party Defendants Marc A. Marlow, 3-Way Electric of Alaska, Inc., an Alaska corporation, Handle Construction Co., an Alaska corporation, 115 E. 3RD Avenue, LLC, an Alaska limited liability

[Type text]

company, EGAE, LLC, an Alaska limited liability company, Hunter Mechanical, Inc., an Alaska Corporation, and Marlow Manor Downtown, LLC, an Alaska Limited Liability Company, jointly and severally, in the following sums, representing the amount of the Judgment entered in favor of Plaintiff: ONE MILLION, FORTY-NINE THOUSAND, FOUR HUNDRED EIGHTY-ONE DOLLARS AND TEN CENTS ($1,049,481.10), costs awarded to Plaintiff in the amount of $_____, prejudgment interest award to Plaintiff in the amount of $_____ attorney's fees awarded to Plaintiff in the amount of $_____, plus Third-Party Plaintiff's attorney's fees in the amount of $_____ and Third-Party Plaintiff's costs in the amount of $_____, for a total judgment in favor of Third-Party Plaintiff Osborne Construction Company and against Third-Party Defendants Marc A. Marlow, 3-Way Electric of Alaska, Inc., an Alaska corporation, Handle Construction Co., an Alaska corporation, 115 E. 3RD Avenue, LLC, an Alaska limited liability company, EGAE, LLC, an Alaska limited liability company, Hunter Mechanical, Inc., an Alaska corporation, and Marlow Manor Downtown, LLC, an Alaska limited liability company, jointly and severally, in the amount of $_____.

      This Judgment shall bear interest at the rate of 0.18% per annum from the entry hereof.

      DATED at Anchorage, Alaska this 18th day of September, 2012.

                                            /s/Marvel Hansbraugh
                                       Clerk of U.S. District Court