BRUCE E. GAGNON
PATRICK B. GILMORE
ATKINSON, CONWAY & GAGNON
Attorneys for Osborne Construction Company
420 L Street, Suite 500
Anchorage, Alaska 99501
Phone: (907) 276-1700
Fax: (907) 272-2082
acgecf@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHRIM BANK, an Alaska state-charters bank,<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>OSBORNE CONSTRUCTION COMPANY, a Washington corporation,<br><br>　　　　　Defendant.<br>_____<br>OSBORNE CONSTRUCTION COMPANY, a Washington corporation,<br><br>　　　　　Third-Party Plaintiff,<br><br>　　　　　vs.<br><br>3-WAY ELECTRIC OF ALASKA, INC., an Alaska corporation, HANDLE CONSTRUCTION CO., an Alaska corporation, MARC A. MARLOW, 115 E. 3RD AVENUE, LLC, EGAE, LLC, HUNTER MECHANICAL, INC., MARLOW MANOR DOWNTOWN, LLC,<br><br>　　　　　Third-Party Defendants.<br>_____ | Case No. 3:10-cv-00211-RRB<br><br><br><br>**SATISFACTION OF JUDGMENT AND STIPULATION FOR PARTIAL DISMISSAL** |

　　　　　Plaintiff Northrim Bank ("Northrim") and Defendant Osborne Construction

Company ("Osborne") stipulate, agree, and recite as follows:

1. **Satisfaction of Judgment**. Northrim hereby acknowledges receipt of $1,049,000 from Osborne. Northrim accepts said sum as payment in full of the judgment entered in this case on September 14, 2012 under Docket No. 77 and acknowledges that said judgment has now been paid, satisfied, and discharged in full. Northrim expressly waives any further claim to attorney's fees or costs against Osborne. Osborne expressly waives any right to appeal the judgment entered in this case for Northrim.

2. **Judgment and Release of Claims.** Osborne and Northrim hereby release and discharge any and all claims that were or could have been asserted between these two parties in this litigation. Osborne and Northrim agree that this Stipulation shall be treated as a final judgment on the merits as between Osborne and Northrim.

3. **Claims Reserved**. Osborne and Northrim expressly reserve any claims or causes of action they may have against any other party to this litigation.

ATKINSON, CONWAY & GAGNON
Attorneys for Osborne Construction Company

Date: September 27, 2012        By_____s/Patrick B. Gilmore_____
420 L Street, Suite 500
Anchorage, AK 99501
Phone: (907) 276-1700
Fax: (907) 272-2082
E-mail: acgecf@acglaw.com
ABA No. 7710121

                                      GROH EGGERS, LLC
                                  Attorneys for Northrim Bank

Date: September 27, 2012       By      s/David A. Devine
                                               2600 Cordova St., Suite 110
                                               Anchorage, AK 99503
                                               Phone: (907) 562-6474
                                               Fax: (907) 562-6044
                                               E-mail: devined@groheggers.com
                                               ABA No. 7906015

I certify that on September 27, 2012,
a copy of the foregoing document
was served electronically on:

Donna Willard, Esq.

and by mail on:

Marc Marlow
337 E. 4th Avenue, Suite 1
Anchorage, AK 99501


By     s/Patrick B. Gilmore