IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHRIM BANK, an Alaska state-charters bank,<br><br>    Plaintiff,<br><br>vs.<br><br>OSBORNE CONSTRUCTION COMPANY, a Washington corporation,<br><br>    Defendant.<br>_____<br>OSBORNE CONSTRUCTION COMPANY, a Washington corporation,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>3-WAY ELECTRIC OF ALASKA, INC., an Alaska corporation; HANDLE CONSTRUCTION CO., an Alaska corporation; MARC A. MARLOW, 115 E. 3RD AVENUE, LLC; EGAE, LLC; HUNTER MECHANICAL, INC.; MARLOW MANOR DOWNTOWN, LLC,<br><br>    Third-Party Defendants. | Case No. 3:10-cv-0211-RRB<br><br><br><br><br><br><br><br>**JUDGMENT AND ORDER GRANTING SATISFACTION OF JUDGMENT AND STIPULATION FOR PARTIAL DISMISSAL** |

    Based on the Stipulation of the parties, it is HEREBY ORDERED that:

JUDGMENT AND ORDER - 1
3:10-CV-0211-RRB

1. The Judgment entered in this action on September 14, 2012, at Docket 77 is satisfied and discharged in full;

2. All claims that were or could have been asserted between Plaintiff and Defendant Osborne Construction Company are dismissed with prejudice; and

3. All claims of Defendant Osborne Construction and Plaintiff against all other parties remain in place and are not dismissed.

**ORDERED** this 1st day of October, 2012.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

JUDGMENT AND ORDER - 2
3:10-CV-0211-RRB

Case 3:10-cv-00211-RRB   Document 86   Filed 10/01/12   Page 2 of 2