Pacific Rim Reporting
10/31/11

| **Date** | **Invoice** | **Invoice Amount** | **Amount Paid** |
|----------|-------------|--------------------|-----------------|
| 10/14/2011 | 11-15557 | 810.55 | 810.55 |
| | Depo of P. Wellman | 7747.1  PBG | |

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 256-837-8860                    M02SF019791

ATKINSON, CONWAY & GAGNON, INC.

47321

Pacific Rim Reporting
10/31/11

| **Date** | **Invoice** | **Invoice Amount** | **Amount Paid** |
|----------|-------------|--------------------|-----------------|
| 10/14/2011 | 11-15557 | 810.55 | 810.55 |
| | Depo of P. Wellman | 7747.1  PBG | |

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

47321

**ATKINSON, CONWAY & GAGNON, INC.**
ATTORNEY'S ACCOUNT
420 L STREET, SUITE 500
ANCHORAGE, ALASKA  99501-1989
PH. (907) 276-1700

WELLS FARGO BANK ALASKA, N.A.
Anchorage, AK

89-5/1252

**PAY**
TO THE
ORDER OF

*********************************************** Eight Hundred Ten & 55/100

| DATE | AMOUNT |
|------|--------|
| 10/31/11 | 810.55 |

Pacific Rim Reporting
711 M Street, Suite 4
Anchorage, AK 99501

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈047321⑈ ⑆125200057⑈ 34⑈108327⑈

# Pacific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383 · Facsimile (907) 272-4384
TAX ID#: 91-1845426
pacificrim@acsalaska.net

**BILL TO:**

Atkinson Conway & Gagnon
420 L Street, Fifth Floor
Anchorage, Alaska 99501

**ATTENTION:** P. Gilmore

| Invoice | |
|---------|---|
| **DATE** | **INVOICE ...** |
| 10/14/2011 | 11-15557 |
| **TERMS** | |
| Due on Receipt | |

**REPOR...** SHAFFER

| DATE TAKEN | DESCRIPTION | AMOUNT |
|---|---|---|
| 9/28/2011 | NORTHRIM BANK v. OSBORNE CONSTRUCTION COMPANY DEPOSITION OF PAUL WELLMAN | |
| | Attendance fee | 260.00 |
| | Original, compression/word index, electronic transcript | 500.05 |
| | Exhibits scanned into .pdf format/e-mailed | 25.50 |
| | Securing signature/filing Original | 25.00 |

| *Thank you for choosing Pacific Rim Reporting.* | Total | $810.55 |
|---|---|---|

*Please Pay*
*7747.*
*Depu/ for*

ATKINSON, CONWAY & GAGNON, INC.                                          47932

Pacific Rim Reporting
07/16/12

| Date | Invoice | Invoice Amount | Amount Paid |
|------|---------|----------------|-------------|
| 07/01/2012 | 12-16154 | 1,328.11 | 1,328.11 |
| | Depo of S. Hartung | 7747.1 PBG | |

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 256-837-8860                    M02SF019791

ATKINSON, CONWAY & GAGNON, INC.                                          47932

Pacific Rim Reporting
07/16/12

| Date | Invoice | Invoice Amount | Amount Paid |
|------|---------|----------------|-------------|
| 07/01/2012 | 12-16154 | 1,328.11 | 1,328.11 |
| | Depo of S. Hartung | 7747.1 PBG | |

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**ATKINSON, CONWAY & GAGNON, INC.**                                      47932
ATTORNEY'S ACCOUNT
420 L STREET, SUITE 500
ANCHORAGE, ALASKA 99501-1989
PH. (907) 276-1700

WELLS FARGO BANK ALASKA, N.A.
Anchorage, AK

89-5/1252

*************************** One Thousand Three Hundred Twenty Eight & 11/100

PAY
TO THE
ORDER OF

| DATE | AMOUNT |
|------|--------|
| 07/16/12 | 1,328.11 |

Pacific Rim Reporting
711 M Street, Suite 4
Anchorage, AK 99501

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈047932⑈ ⑈125200057⑈ 34⑈108327⑈

# Pacific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383 - Facsimile (907) 272-4384
TAX ID#: 91-1845426
pacificrim@acsalaska.net

| BILL TO: | | Invoice | |
|---|---|---|---|
| Atkinson Conway & Gagnon<br>420 L Street, Fifth Floor<br>Anchorage, Alaska 99501 | | **DATE** | **INVOICE ...** |
| | | 4/19/2012 | 12-16154 |
| | | **TERMS** | |
| | | Due on Receipt | |

| ATTENTION: | P. Gilmore |
|---|---|

**REPOR...** CAMPBELL

| DATE TAKEN | DESCRIPTION | AMOUNT |
|---|---|---|
| | NORTHRIM vs. OSBORNE CONSTRUCTION | |
| 4/11/2012 | DEPOSITION OF STEVEN HARTUNG | |
| | Attendance fee | 308.75 |
| | Expedite (5 business days) Original, compression/word index, electronic transcript | 987.16 |
| | Exhibits (electronically scanned/archived/e-mailed) | 7.20 |
| | Securing signature/filing Original | 25.00 |

OK to pay 7747.1
lac

| *Thank you for choosing Pacific Rim Reporting.* | **Total** | $1,328.11 |
|---|---|---|

SAFEGUARD. LITHO USA   SFGL3M  GK7S08113M

ATKINSON, CONWAY & GAGNON, INC.

46895

Wells Fargo Bank, N.A.
05/13/11

| **Date** | **Invoice** | **Invoice Amount** | **Amount Paid** |
|---|---|---|---|
| 05/13/2011 | 7747.1 | 1,100.00 | 1,100.00 |
| | Copy charges in response to Subpoena    7747.1    PBG | | |

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 256-837-9860

M02SF015791

# CHECK REQUISITION

**Need By:**    Date:   5/13/11    Time:    3:00 p.m.

Date:   5/13/2011    Requested By:   dap     Attorney:    pbg    Amount:   $    1,100.00

Payable To:   Wells Fargo Bank, N.A.       Payee's S.S. # or Tax I.D.:

Address:    Legal Order Processing, P.O. Box 29728, MAC #S3928-020, Phoenix, AZ  85038-9728

Charge To:

Client/Matter Name:   Osborne/Marlow     Client/Matter #:   7747.1     Trust Account Check   ☐

Firm Charge Explanation (Include names of
persons entertained and business discussed):

## Disbursement Codes (Client Billing)

| Code | | Description | Code | | Description |
|---|---|---|---|---|---|
| 97 | ☐ | Outside Law Firm Photocopies | 295 | ☐ | Witness Fees |
| 105 | ☐ | Computerized Legal Research | 305 | ☐ | Appraisal Fee |
| 120 | ☐ | Courier | 310 | ☐ | Certified Copies |
| 130 | ☐ | Postage | 400 | ☐ | Owner's Policy |
| 140 | ☐ | Travel (Airfare, Car Rental) | 405 | ☐ | Charge For Crying Sale |
| 145 | ☐ | Travel (Lodging, Meals, Out-of-Pocket | 410 | ☐ | Personal Service Fees |
| 150 | ☐ | Depositions | 415 | ☐ | Post Sale Recording Cost |
| 205 | ☐ | Court Costs | 420 | ☐ | Posting Notice of Sales |
| 210 | ☐ | Court Reporter Fees | 425 | ☐ | Postponement |
| 215 | ☐ | Exhibits Preparation | 430 | ☐ | Publications |
| 225 | ☐ | Filing Fees | 435 | ☐ | Recording Notice of Default |
| 230 | ☐ | Telecopies | 440 | ☐ | Trustee's Fees |
| 232 | ☐ | Marshal Fees | 445 | ☐ | Title Search |
| 235 | ☐ | Medical Records | 450 | ☐ | Cost Bond |
| 240 | ☐ | Miscellaneous (Describe Below) | 455 | ☐ | Certified Mailing |
| 245 | ☐ | Package Express Services | 460 | ☐ | Trustee Sale Guaranty |
| 250 | ☐ | Mileage, Parking, Taxi | 465 | ☐ | Record Rescission |
| 255 | ☒ | Photocopying Services | 466 | ☐ | Client Overpayment |
| 260 | ☐ | Photography | 467 | ☐ | Registration Fees |
| 270 | ☐ | Process Service Fees | 470 | ☐ | Recording Notice To Quit |
| 272 | ☐ | Recording Fees | 471 | ☐ | Legal Aid |
| 275 | ☐ | Research Fees | 900 | ☐ | Expense Reimbursement |
| 280 | ☐ | Temporary/Contract Labor | 902 | ☐ | Rental Fee |
| 285 | ☐ | Investigative Services | 903 | ☐ | Books |
| 290 | ☐ | Consultation Fees | | | |

Client Disbursement Description:    Copy charges in response to Subpoena
(As Shown on Billing)

Check #: _____    Check Date: _____    Mail From Accounting:   ☐   Yes    ☐   No

SAFEGUARD. LITHO USA  SFSL3M  CK7S08113M

ATKINSON, CONWAY & GAGNON, INC.

46989

Wells Fargo
06/23/11

| **Date** | **Invoice** | **Invoice Amount** | **Amount Paid** |
|----------|-------------|--------------------|-----------------|
| 05/27/2011 | 7747.1 | 1,028.50 | 1,028.50 |

Outside photocopying, balance due    7747.1    PBG

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 256-837-8860

M02SF019791

ATKINSON, CONWAY & GAGNON, INC.

46989

Wells Fargo
06/23/11

| **Date** | **Invoice** | **Invoice Amount** | **Amount Paid** |
|----------|-------------|--------------------|-----------------|
| 05/27/2011 | 7747.1 | 1,028.50 | 1,028.50 |

Outside photocopying, balance due    7747.1    PBG

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**ATKINSON, CONWAY & GAGNON, INC.**
ATTORNEY'S ACCOUNT
420 L STREET, SUITE 500
ANCHORAGE, ALASKA 99501-1989
PH. (907) 276-1700

WELLS FARGO BANK ALASKA, N.A.
Anchorage, AK

89-5/1252

46989

**PAY**

TO THE
ORDER OF

******************************** One Thousand  Twenty Eight & 50/100

DATE            AMOUNT

06/23/11         1,028.50

Wells Fargo
Subpoena Processing Department
MAC# S3928-020
P.O. Box 29728
Phoenix, AZ 85038-9728

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑂046989⑂ ⑈125200057⑈ 34⑈108327⑈



RECEIVED
BY MAIL

JUN 0 6 2011

ATKINSON, CONWAY
& GAGNON, INC.

May 27, 2011

PATRICK B. GILMORE
ATKINSON, CONWAY & GAGNON
420 L. ST., SUITE 500
ANCHORAGE, AK 99501-

RE:             FEDERAL CIVIL SUBPOENA
SERVED NAME:    MARC MARLOW AND 3 WAY ELECTRIC OF ALASKA INC
AGENCY CASE #:  310CV00211RRB
BANK REFERENCE #: 1303665-107833

### INVOICE - PAYMENT REQUEST

To Whom It May Concern:

This invoice is for costs incurred by Wells Fargo for the production of documents requested on the above referenced legal order. Please remit payment to the above address and include the above bank reference number to ensure proper credit.

### BILLING DETAILS

|  | Items | Items Charge | Hours | Hours Charge | Total Charge |
|---|---|---|---|---|---|
| Film Copies: | 0 | $0.00 | 0.00 | $0.00 | $ 0.00 |
| Image Copies: | 724 | $1,448.00 | 0.00 | $0.00 | $ 1,448.00 |
| **Other Items** | | | | | |
| Statements: | 19 | | | | $ 38.00 |
| Other Copies: | 0 | | | | $ 0.00 |
| Production Hours: | 26.5 | | | | $ 662.50 |
| Postage Charge: | | | | | $ 0.00 |
| | | | | | |
| Total Amount Billed: | | | | | $ 2,148.50 |
| Less Payments Received: | | | | | $ 1120.00 |
| **Balance Due:** | | | | | **$ 1,028.50** |

Please contact us at (480) 724-2013 if you have any questions.

Sincerely,

*[signature]*

Subpoena Processing Department

*[handwritten: OK - P/06  7747.1]*

ATKINSON, CONWAY & GAGNON, INC.

**47022**

Professional Legal Copy
06/29/11

| **Date** | **Invoice** | **Invoice Amount** | **Amount Paid** |
|---|---|---|---|
| 06/03/2011 | 103346 | 307.75 | 307.75 |

Outside photocopies     7747.1     PBG

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 256-837-8860

M02SF019791

ATKINSON, CONWAY & GAGNON, INC.

**47022**

Professional Legal Copy
06/29/11

| **Date** | **Invoice** | **Invoice Amount** | **Amount Paid** |
|---|---|---|---|
| 06/03/2011 | 103346 | 307.75 | 307.75 |

Outside photocopies     7747.1     PBG

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**ATKINSON, CONWAY & GAGNON, INC.**
ATTORNEY'S ACCOUNT
420 L STREET, SUITE 500
ANCHORAGE, ALASKA 99501-1989
PH. (907) 276-1700

WELLS FARGO BANK ALASKA, N.A.
Anchorage, AK

89-5/1252

**47022**

**PAY**

TO THE
ORDER OF

*************************************************** Three Hundred Seven & 75/100

|  | DATE | AMOUNT |
|---|---|---|
|  | 06/29/11 | 307.75 |

Professional Legal Copy
PO Box 201395
Anchorage, AK 99520

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT

⑆047022⑆ ⑈125200057⑈ 34⑈108327⑈



**PROFESSIONAL
LEGAL
COPY**

101 Post Road
Anchorage, Alaska 99501

EIN - 13-4333691

Phone: 277-2679
Fax: 277-2689
www. prolegalcopy.com

# Invoice / Delivery

| Date | Invoice # |
|------|-----------|
| 6/3/2011 | 103346 |

| Bill To |
|---------|
| Atkinson, Conway & Gagnon<br>420 L St. Suite 500<br>Anchorage, Alaska 99501 |

| Ship To |
|---------|
| Atkinson, Conway & Gagnon<br>420 L St. Suite 500<br>Anchorage, Alaska 99501 |

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| 7747.1/NR Bank v Osborne | Net 15 | Our Truck |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Scan Grey Scale/Black & White | 765 | 0.15 | 114.75 |
| CD Duplication | 4 | 10.00 | 40.00 |
| Flat Rate For Litigation Copies | 1,530 | 0.10 | 153.00 |
| | | | |
| Attn: Debbie | | | |

All work is complete!

**Total** $307.75

**Remit Payment To
P.O. Box 201395
Anchorage, Alaska 99520**

ATKINSON, CONWAY & GAGNON, INC.

47063

Alaska Legal Copy, Inc.
07/29/11

| Date | Invoice | Invoice Amount | Amount Paid |
|------|---------|----------------|-------------|
| 07/14/2011 | 243896 | 203.76 | 203.76 |
| | Photocopies | 7733.1 NTO | |
| 07/13/2011 | 243875 | 506.90 | 506.90 |
| | Photocopies | 7763.1 CJS | |
| 07/25/2011 | 244004 | 265.46 | 265.46 ✓ |
| | Photocopies, CDs | 7747.1 PBG | |
| 07/06/2011 | 243792 | 72.30 | 72.30 |
| | Printing from CD/DVDs | 7733.1 NTO | |
| 07/05/2011 | 243778 | 134.85 | 134.85 |
| | Printing from CDs/DVDs | 7662.1 / 7675.1 REV | |

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 266-837-8860

M02SF015791

ATKINSON, CONWAY & GAGNON, INC.

47063

Alaska Legal Copy, Inc.
07/29/11

| Date | Invoice | Invoice Amount | Amount Paid |
|------|---------|----------------|-------------|
| 07/14/2011 | 243896 | 203.76 | 203.76 |
| | Photocopies | 7733.1 NTO | |
| 07/13/2011 | 243875 | 506.90 | 506.90 |
| | Photocopies | 7763.1 CJS | |
| 07/25/2011 | 244004 | 265.46 | 265.46 |
| | Photocopies, CDs | 7747.1 PBG | |
| 07/06/2011 | 243792 | 72.30 | 72.30 |
| | Printing from CD/DVDs | 7733.1 NTO | |
| 07/05/2011 | 243778 | 134.85 | 134.85 |
| | Printing from CDs/DVDs | 7662.1 / 7675.1 REV | |

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

47063

**ATKINSON, CONWAY & GAGNON, INC.**
ATTORNEY'S ACCOUNT
420 L STREET, SUITE 500
ANCHORAGE, ALASKA 99501-1989
PH. (907) 276-1700

WELLS FARGO BANK ALASKA, N.A.
Anchorage, AK

89-5/1252

************************** One Thousand One Hundred Eighty Three & 27/100

PAY

TO THE
ORDER OF

| DATE | AMOUNT |
|------|--------|
| 07/29/11 | 1,183.27 |

Alaska Legal Copy, Inc.
731 I Street, Suite 102
Anchorage, AK 99501

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈047063⑈ ⑉125200057⑉ 34⑈108327⑈



# *Alaska Legal Copy*

731 I Street, Suite 102
Anchorage, Alaska 99501
(907) 272-1265

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/25/2011 | 244004 |

| BILL TO | SHIP TO |
|---|---|
| Atkinson, Conway & Gagnon, Inc.<br>420 L St., #500<br>Anchorage, AK 99501-1989 | Same<br>Attn: Debbie<br>276-1700 |

| P.O. NO. | TERMS | REP | ALC JOB # | CLIENT MATTER # |
|---|---|---|---|---|
|  | Net 30 | BX | S 000084 | 7747.1 |

| CODE # | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 745 | Scanning, price per image, OCR, includes 1st CD, $12.50 minimum. | 1,026 | 0.11 | 112.86 |
| 755 | CD Reproductions | 4 | 12.50 | 50.00 |
| 125 | Blowbacks - printing from CD's, DVD's, e-mails; per image | 2,052 | 0.05 | 102.60 |

*Please Pay 7747.1 DAP & BBG*

Signature:

**Total**  $265.46

Alaska Legal Copy, Inc.
08/31/11

| Date | Invoice | Invoice Amount | Amount Paid |
|------|---------|----------------|-------------|
| 08/03/2011 | 244105 | 825.50 | 825.50 ✓ |
| | Printing from CDs, DVDs | 7747.1  PBG | |
| 08/09/2011 | 244155 | 140.45 | 140.45 |
| | Photocopies, color, oversize | 7596.3  RJD | |
| 08/30/2011 | 244417 | 109.08 | 109.08 |
| | Scanning documents to CD | 7748.1  CJS | |
| 08/05/2011 | 244137 | 101.96 | 101.96 |
| | Photocopies | 7708.1  CJS | |

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 266-837-8860                M02SF019791

ATKINSON, CONWAY & GAGNON, INC.  47145

Alaska Legal Copy, Inc.
08/31/11

| Date | Invoice | Invoice Amount | Amount Paid |
|------|---------|----------------|-------------|
| 08/03/2011 | 244105 | 825.50 | 825.50 |
| | Printing from CDs, DVDs | 7747.1  PBG | |
| 08/09/2011 | 244155 | 140.45 | 140.45 |
| | Photocopies, color, oversize | 7596.3  RJD | |
| 08/30/2011 | 244417 | 109.08 | 109.08 |
| | Scanning documents to CD | 7748.1  CJS | |
| 08/05/2011 | 244137 | 101.96 | 101.96 |
| | Photocopies | 7708.1  CJS | |

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**ATKINSON, CONWAY & GAGNON, INC.**
ATTORNEY'S ACCOUNT
420 L STREET, SUITE 500
ANCHORAGE, ALASKA 99501-1989
PH. (907) 276-1700

WELLS FARGO BANK ALASKA, N.A.
Anchorage, AK

89-5/1252

47145

****************************** One Thousand One Hundred Seventy Six & 99/100

PAY

TO THE
ORDER OF

Alaska Legal Copy, Inc.
731 I Street, Suite 102
Anchorage, AK 99501

| DATE | AMOUNT |
|------|--------|
| 08/31/11 | 1,176.99 |

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT-SENSITIVE INK. TOUCH OR PRESS HERE – RED IMAGE DISAPPEARS WITH HEAT.

⑈047145⑈ ⑆125200057⑈ 34⑈108327⑈



# *Alaska Legal Copy*

731 I Street, Suite 102
Anchorage, Alaska 99501
(907) 272-1265

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/3/2011 | 244105 |

| BILL TO | SHIP TO |
|---------|---------|
| Atkinson, Conway & Gagnon, Inc.<br>420 L St., #500<br>Anchorage, AK  99501-1989 | Same<br>Attn: Debbie<br>276-1700 |

| P.O. NO. | TERMS | REP | ALC JOB # | CLIENT MATTER # |
|----------|-------|-----|-----------|-----------------|
|  | Net 30 | BX | P 000191 | 7747.1 |

| CODE # | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|--------|-------------|----------|------|--------|
| 125 | Blowbacks - printing from CD's, DVD's, e-mails; per image<br><br>Note: Originals files missing<br>10810-11191 | 16,510 | 0.05 | 825.50 |

*Please pay*
*7747.1*
*DAP for*
*PBG*

| Signature: | **Total** | $825.50 |
|------------|-----------|---------|

Alaska Legal Copy, Inc.
09/30/11

| Date | Invoice | Invoice Amount | Amount Paid |
|---|---|---|---|
| 09/13/2011 | 244576 | 252.48 | 252.48 |
| | Photocopy/Binding Fees | 7555.1 PBG | |
| 09/20/2011 | 244657 | 133.24 | 133.24 |
| | Scanning to CDs | 3980.6 CJS | |
| 09/29/2011 | 244755 | 89.65 | 89.65 |
| | Printing from CDs | 7747.1 PBG | |
| 09/22/2011 | 244693 | 67.75 | 67.75 |
| | Printing from CDs | 7784.1 NTO | |
| 09/01/2011 | 244463 | 1,598.61 | 1,598.61 |
| | Copies & Bates Labeling | 6464.18 RJD | |

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 256-837-8860                M02SF019791

ATKINSON, CONWAY & GAGNON, INC.

47237

Alaska Legal Copy, Inc.
09/30/11

| Date | Invoice | Invoice Amount | Amount Paid |
|---|---|---|---|
| 09/13/2011 | 244576 | 252.48 | 252.48 |
| | Photocopy/Binding Fees | 7555.1 PBG | |
| 09/20/2011 | 244657 | 133.24 | 133.24 |
| | Scanning to CDs | 3980.6 CJS | |
| 09/29/2011 | 244755 | 89.65 | 89.65 |
| | Printing from CDs | 7747.1 PBG | |
| 09/22/2011 | 244693 | 67.75 | 67.75 |
| | Printing from CDs | 7784.1 NTO | |
| 09/01/2011 | 244463 | 1,598.61 | 1,598.61 |
| | Copies & Bates Labeling | 6464.18 RJD | |

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER.

**ATKINSON, CONWAY & GAGNON, INC.**
ATTORNEY'S ACCOUNT
420 L STREET, SUITE 500
ANCHORAGE, ALASKA 99501-1989
PH. (907) 276-1700

WELLS FARGO BANK ALASKA, N.A.
Anchorage, AK

89-5/1252

47237

PAY

TO THE
ORDER OF

****************************** Two Thousand One Hundred Forty One & 73/100

| DATE | AMOUNT |
|---|---|
| 09/30/11 | 2,141.73 |

Alaska Legal Copy, Inc.
731 I Street, Suite 102
Anchorage, AK 99501

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈047237⑈ ⑆125200057⑆ 34⑈108327⑈



# *Alaska Legal Copy*

731 I Street, Suite 102
Anchorage, Alaska 99501
(907) 272-1265

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/28/2011 | 244755 |

| BILL TO |
|---------|
| Atkinson, Conway & Gagnon, Inc.<br>420 L St., #500<br>Anchorage, AK  99501-1989 |

| SHIP TO |
|---------|
| Same<br>Attn: Debbie<br>276-1700 |

| P.O. NO. | TERMS | REP | ALC JOB # | CLIENT MATTER # |
|----------|-------|-----|-----------|-----------------|
|  | Net 30 | BX | P 000273 | 7747.1 |

| CODE # | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|--------|-------------|----------|------|--------|
| 125 | Blowbacks - printing from CD's, DVD's, e-mails; per image | 1,793 | 0.05 | 89.65 |

Signature:

**Total** $89.65

*Please Pay
7747.1 PBG
DAP for*

ATKINSON, CONWAY & GAGNON, INC.                                    47759

Alaska Legal Copy, Inc.
04/26/12

| Date | | Invoice | Invoice Amount | | Amount Paid |
|------|---|---------|----------------|---|-------------|
| 04/18/2012 | | 246830 | 534.07 | | 534.07 |
| | Photocopies | 7668.4  RJD | | | |
| 04/20/2012 | | 246854 | 1,722.18 | | 1,722.18 |
| | Photocopies | 7668.4  RJD | | | |
| 04/16/2012 | | 246788 | 23.40 | | 23.40 |
| | Photocopies | 7820.1  SAM | | | |
| 04/03/2012 | | 246641 | 47.07 | | 47.07 |
| | Photocopies | 7747.1  PBG | | | |

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 256-837-8860                 M025F019791

ATKINSON, CONWAY & GAGNON, INC.                                    47759

Alaska Legal Copy, Inc.
04/26/12

| Date | | Invoice | Invoice Amount | | Amount Paid |
|------|---|---------|----------------|---|-------------|
| 04/18/2012 | | 246830 | 534.07 | | 534.07 |
| | Photocopies | 7668.4  RJD | | | |
| 04/20/2012 | | 246854 | 1,722.18 | | 1,722.18 |
| | Photocopies | 7668.4  RJD | | | |
| 04/16/2012 | | 246788 | 23.40 | | 23.40 |
| | Photocopies | 7820.1  SAM | | | |
| 04/03/2012 | | 246641 | 47.07 | | 47.07 |
| | Photocopies | 7747.1  PBG | | | |

ORIGINAL DOCUMENT PRINTED ON CHEMICAL-REACTIVE PAPER WITH MICROPRINTED BORDER

**ATKINSON, CONWAY & GAGNON, INC.**                               47759
ATTORNEY'S ACCOUNT
420 L STREET, SUITE 500
ANCHORAGE, ALASKA  99501-1989          WELLS FARGO BANK ALASKA, N.A.
PH. (907) 276-1700                     Anchorage, AK

                                       89-5/1252

***************************** Two Thousand Three Hundred Twenty Six & 72/100

PAY

TO THE
ORDER OF
                                    DATE              AMOUNT
Alaska Legal Copy, Inc.             04/26/12          2,326.72
731 I Street, Suite 102
Anchorage, AK 99501

                                    AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT-SENSITIVE INK.  TOUCH OR PRESS HERE – RED IMAGE DISAPPEARS WITH HEAT.

⑊047759⑊ ⑊125200057⑊ 34⑊108327⑊



# *Alaska Legal Copy*

731 I Street, Suite 102
Anchorage, Alaska 99501
(907) 272-1265

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/3/2012 | 246641 |

| BILL TO | SHIP TO |
|---------|---------|
| Atkinson, Conway & Gagnon, Inc.<br>420 L St., #500<br>Anchorage, AK 99501-1989 | Same<br>Attn: Debbie<br>276-1700 |

| P.O. NO. | TERMS | REP | ALC JOB # | CLIENT MATTER # |
|----------|-------|-----|-----------|-----------------|
|  | Net 30 | BX |  | 7747.1 |

| CODE # | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|--------|-------------|----------|------|--------|
| 100 | 8.5 x 11 copies, lit. type, one set | 523 | 0.09 | 47.07 |

Signature:

**Total**     $47.07

*Please Pay*
*7747.1*
*Adv cost*
*PBG*

ATKINSON, C( )AY & GAGNON, INC.

47035

Wells Fargo Bank, N.A.
07/13/11

| Date | Invoice | Invoice Amount | Amount Paid |
|------|---------|----------------|-------------|
| 07/13/2011 | Marlow | 2,128.69 | 2,128.69 |

Fee for Documents Copied Pursuant to Subpoena   7747.1  PBG

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 256-837-8860

M02SF019791

ATKINSON, CONWAY & GAGNON, INC.

47035

Wells Fargo Bank, N.A.
07/13/11

| Date | Invoice | Invoice Amount | Amount Paid |
|------|---------|----------------|-------------|
| 07/13/2011 | Marlow | 2,128.69 | 2,128.69 |

Fee for Documents Copied Pursuant to Subpoena   7747.1  PBG

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**ATKINSON, CONWAY & GAGNON, INC.**
ATTORNEY'S ACCOUNT
420 L STREET, SUITE 500
ANCHORAGE, ALASKA 99501-1989
PH. (907) 276-1700

WELLS FARGO BANK ALASKA, N.A.
Anchorage, AK

89-5/1252

47035

PAY
TO THE
ORDER OF

*************************** Two Thousand One Hundred Twenty Eight & 69/100

| DATE | AMOUNT |
|------|--------|
| 07/13/11 | 2,128.69 |

Wells Fargo Bank. N.A.
Subpoena Processing
PO Box 29728
Phoenix, AZ 85038

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE – RED IMAGE DISAPPEARS WITH HEAT

⑈047035⑈ ⑆125200057⑆ 34⑈108327⑈

# CHECK REQUISITION

**Need By:**     Date:   7/14/11     Time:     p.m.

Date:   7/13/2011     Requested By:   lac      Attorney:    PBG     Amount:   $    2,128.69

Payable To:   Wells Fargo Bank       Payee's S.S. # or Tax I.D.:

Address:     Subpoena Processing, P. O. Box 29728, Phoenix AZ  85038

Charge To:

Client/Matter Name:   Osborne/Marlow     Client/Matter #:   7747.1      Trust Account Check    ☐

Firm Charge Explanation (Include names of
persons entertained and business discussed):

## Disbursement Codes (Client Billing)

| | | | | | |
|---|---|---|---|---|---|
| 97 | ☐ | Outside Law Firm Photocopies | 295 | ☐ | Witness Fees |
| 105 | ☐ | Computerized Legal Research | 305 | ☐ | Appraisal Fee |
| 120 | ☐ | Courier | 310 | ☐ | Certified Copies |
| 130 | ☐ | Postage | 400 | ☐ | Owner's Policy |
| 140 | ☐ | Travel (Airfare, Car Rental) | 405 | ☐ | Charge For Crying Sale |
| 145 | ☐ | Travel (Lodging, Meals, Out-of-Pocket | 410 | ☐ | Personal Service Fees |
| 150 | ☐ | Depositions | 415 | ☐ | Post Sale Recording Cost |
| 205 | ☐ | Court Costs | 420 | ☐ | Posting Notice of Sales |
| 210 | ☐ | Court Reporter Fees | 425 | ☐ | Postponement |
| 215 | ☐ | Exhibits Preparation | 430 | ☐ | Publications |
| 225 | ☐ | Filing Fees | 435 | ☐ | Recording Notice of Default |
| 230 | ☐ | Telecopies | 440 | ☐ | Trustee's Fees |
| 232 | ☐ | Marshal Fees | 445 | ☐ | Title Search |
| 235 | ☐ | Medical Records | 450 | ☐ | Cost Bond |
| 240 | ☐ | Miscellaneous (Describe Below) | 455 | ☐ | Certified Mailing |
| 245 | ☐ | Package Express Services | 460 | ☐ | Trustee Sale Guaranty |
| 250 | ☐ | Mileage, Parking, Taxi | 465 | ☐ | Record Rescission |
| 255 | ☒ | Photocopying Services | 466 | ☐ | Client Overpayment |
| 260 | ☐ | Photography | 467 | ☐ | Registration Fees |
| 270 | ☐ | Process Service Fees | 470 | ☐ | Recording Notice To Quit |
| 272 | ☐ | Recording Fees | 471 | ☐ | Legal Aid |
| 275 | ☐ | Research Fees | 900 | ☐ | Expense Reimbursement |
| 280 | ☐ | Temporary/Contract Labor | 902 | ☐ | Rental Fee |
| 285 | ☐ | Investigative Services | 903 | ☐ | Books |
| 290 | ☐ | Consultation Fees | | | |

Client Disbursement Description:     Charge by Wells Fargo to copy subpoenaed documents re Marlow
(As Shown on Billing)

Check #: _____     Check Date: _____     Mail From Accounting:   ☐ Yes    ☒ No

ATKINSON, CC AY & GAGNON, INC.

47106

Petty Cash
08/18/11

| Date | Invoice | Invoice Amount | Amount Paid |
|------|---------|----------------|-------------|
| 08/16/2011 | August | 131.64 | 131.64 |
| | Reimburse Petty Cash Fund | | |

*7733.1  NTO*

*7747.1  PSG – Dept of Natural Resources  $12.00*

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 256-837-8860                    M02SF018791

ATKINSON, CONWAY & GAGNON, INC.

47106

Petty Cash
08/18/11

| Date | Invoice | Invoice Amount | Amount Paid |
|------|---------|----------------|-------------|
| 08/16/2011 | August | 131.64 | 131.64 |
| | Reimburse Petty Cash Fund | | |

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**ATKINSON, CONWAY & GAGNON, INC.**
ATTORNEY'S ACCOUNT
420 L STREET, SUITE 500
ANCHORAGE, ALASKA 99501-1989
PH. (907) 276-1700

47106

WELLS FARGO BANK ALASKA, N.A.
Anchorage, AK

89-5/1252

************************************** One Hundred Thirty One & 64/100

PAY
TO THE
ORDER OF

| DATE | AMOUNT |
|------|--------|
| 08/18/11 | 131.64 |

Petty Cash
420 L Street, Suite 500
Anchorage, AK 99501

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈047106⑈ ⑆125200057⑆ 34⑈108327⑈

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
UCC CENTRAL FILE SYSTEMS
550 W 7TH AVE SUITE 1200A
ANCHORAGE AK 99501-3564
(907) 269-8874

PBG

7747.

| REC DATE | RECEIPT NUMBER | | RECEIPT DESCRIPTION |
|---|---|---|---|
| 08/02/2011 | 3325737 | | UCC FEE |

RECORDING CASH AMOUNT: $12.00
BANK CD/CK NUMBER:                  RECORDING RECEIPT AMOUNT: $12.00

SERIAL NUMBER INFORMATION
YEAR:            BEGINNING NUMBER :            ENDING NUMBER :

| RECORDING FEES | : | | FILING FEES | : |
|---|---|---|---|---|
| COPY FEES | : | $12.00 | CONFORMED COPY FEES | : |
| PLAT FEES | : | | CERTIFICATION FEES | : |
| PLAT COPY FEES | : | | OVER SIX NAMES FEES | : |
| NON REFUNDABLE | : | | COPY SEARCH FEES | : |
| OTHER FEES | : | | INFORMATION SEARCH FEES | : |
| NON STANDARD DOCUMENT: | | | | |
| MYLAR COPY FEES | : | | | |

REMITTER: ATKINSON CONWAY
          420 L ST STE 500
          ANCHORAGE              AK 99501

COMMENTS: 6 COPIES JLW 181

RECEIPT - DO NOT PAY

TO VIEW RECORDING INFORMATION ON THE INTERNET - PLEASE VISIT OUR WEB SITE AT:
WWW.UCC.ALASKA.GOV

ATKINSON, CO. .AY & GAGNON, INC.                    47078

Pacer Service Center
07/29/11

| Date | Invoice | Invoice Amount | | Amount Paid |
|------|---------|----------------|---|-------------|
| 07/06/2011 | AC0179-Q22011 | 128.64 | | 128.64 |

Acct. #AC0179   April - June 2011 Pacer Charges

7747.1 P86
$3.20

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 266-837-8860          M02SF019791

ATKINSON, CONWAY & GAGNON, INC.                    47078

Pacer Service Center
07/29/11

| Date | Invoice | Invoice Amount | | Amount Paid |
|------|---------|----------------|---|-------------|
| 07/06/2011 | AC0179-Q22011 | 128.64 | | 128.64 |

Acct. #AC0179   April - June 2011 Pacer Charges

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**ATKINSON, CONWAY & GAGNON, INC.**
ATTORNEY'S ACCOUNT
420 L STREET, SUITE 500
ANCHORAGE, ALASKA 99501-1989
PH. (907) 276-1700

WELLS FARGO BANK ALASKA, N.A.
Anchorage, AK

89-5/1252

47078

************************************* One Hundred Twenty Eight & 64/100

PAY
TO THE
ORDER OF

Pacer Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364

| DATE | AMOUNT |
|------|--------|
| 07/29/11 | 128.64 |

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑆047078⑆ ⑈125200057⑉ 34⑈108327⑆

```
CUSTOMER NUMBER: AC0179
DATE RANGE:    04/01/2011 - 06/30/2011                    PAGE:         1

DATE        COURT                   TIME IN    TIME OUT TIME/PAGES  AMOUNT
            SEARCH CRITERIA                              DESCRIPTION
-----------------------------------------------------------------------------
CLIENT CODE: 5000-999999
  06/02/2011  GASDC                                           26        2.08

  PAGES     SUBTOTAL FOR  5000-999999                         26        2.08
                                                         ================
SUBTOTAL FOR CLIENT CODE: 5000-999999                                   2.08


CLIENT CODE: 6145-2
  06/08/2011  AKBK                                            46        3.68

  PAGES     SUBTOTAL FOR  6145-2                              46        3.68
                                                         ================
SUBTOTAL FOR CLIENT CODE: 6145-2                                        3.68


CLIENT CODE: 7662-0001
  06/01/2011  00PCL                                            3        0.24

  06/01/2011  TNMDC                                           38        3.04

  PAGES     SUBTOTAL FOR  7662-0001                           41        3.28
                                                         ================
SUBTOTAL FOR CLIENT CODE: 7662-0001                                     3.28


CLIENT CODE: 7662-1
  04/01/2011  AKDC                                             9        0.72

  04/19/2011  AKDC                                             4        0.32

  PAGES     SUBTOTAL FOR  7662-1                              13        1.04
                                                         ================
SUBTOTAL FOR CLIENT CODE: 7662-1                                        1.04


CLIENT CODE: 7745-1
  05/03/2011  AKBK                                            38        3.04

  05/03/2011  AKDC                                             4        0.32

  PAGES     SUBTOTAL FOR  7745-1                              42        3.36
                                                         ================
SUBTOTAL FOR CLIENT CODE: 7745-1                                        3.36


CLIENT CODE: 7747-0001
  04/07/2011  AKDC                                            31        2.48
```

```
PAGES    SUBTOTAL FOR  7747-0001                          31        2.48
```

```
  CUSTOMER NUMBER: AC0179
  DATE RANGE:      04/01/2011 - 06/30/2011                 PAGE:        2

  DATE        COURT              TIME IN   TIME OUT TIME/PAGES  AMOUNT
              SEARCH CRITERIA                       DESCRIPTION
-----------------------------------------------------------------------------
                                                          ===============
SUBTOTAL FOR CLIENT CODE: 7747-0001                                 2.48

CLIENT CODE: 7747-1
  06/16/2011  AKDC                                          9        0.72

  PAGES    SUBTOTAL FOR  7747-1                             9        0.72

                                                          ===============
SUBTOTAL FOR CLIENT CODE: 7747-1                                    0.72

CLIENT CODE: 7763-0001
  06/29/2011  00PCL                                         2        0.16

  06/29/2011  CANDC                                         6        0.48

  06/29/2011  MNBK                                          4        0.32

  06/29/2011  MNDC                                          7        0.56

  PAGES    SUBTOTAL FOR  7763-0001                         19        1.52

                                                          ===============
SUBTOTAL FOR CLIENT CODE: 7763-0001                                 1.52

CLIENT CODE: 9000-0158
  05/24/2011  00PCL                                        20        1.60

  05/24/2011  AREBK                                         1        0.08

  05/24/2011  ILSDC                                         4        0.32

  PAGES    SUBTOTAL FOR  9000-0158                         25        2.00

                                                          ===============
SUBTOTAL FOR CLIENT CODE: 9000-0158                                 2.00

CLIENT CODE: 9000-158
  05/25/2011  AKDC                                          5        0.40

  05/25/2011  JPMLDC                                    1,241       99.28

  05/26/2011  00PCL                                         2        0.16
```

$3.20

ATKINSON, CONWAY & GAGNON, INC.                    47313

Pacer Service Center
10/31/11

| Date | Invoice | Invoice Amount | Amount Paid |
|------|---------|----------------|-------------|
| 10/04/2011 | AC0179-Q32011 | 47.92 | 47.92 |
| | Acct. AC0179    July-Sept 2011 | | |

7747.1  PB6
$1.20

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 256-837-8860          M02SF019781

ATKINSON, CONWAY & GAGNON, INC.                    47313

Pacer Service Center
10/31/11

| Date | Invoice | Invoice Amount | Amount Paid |
|------|---------|----------------|-------------|
| 10/04/2011 | AC0179-Q32011 | 47.92 | 47.92 |
| | Acct. AC0179    July-Sept 2011 | | |

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**ATKINSON, CONWAY & GAGNON, INC.**                    47313
ATTORNEY'S ACCOUNT
420 L STREET, SUITE 500
ANCHORAGE, ALASKA 99501-1989
PH. (907) 276-1700

WELLS FARGO BANK ALASKA, N.A.
Anchorage, AK

89-5/1252

PAY          ************************************************** Forty Seven & 92/100

TO THE
ORDER OF

| DATE | AMOUNT |
|------|--------|
| 10/31/11 | 47.92 |

Pacer Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE ~ RED IMAGE DISAPPEARS WITH HEAT.

⑈047313⑈ ⑆125200057⑈ 34⑈108327⑈

```
08/12/2011   DEBK                 15:35:38                    1      0.08
             10-55195-KG FIL OR ENT: FILED FROM: 6/13 DOCKET REPORT
08/12/2011   DEBK                 15:36:06                   11      0.88
             10-55195-KG DOCUMENT 49-0              IMAGE49-0
08/12/2011   DEBK                 15:39:21                    1      0.08
             10-55195-KG                            CASE SUMMARY
08/12/2011   DEBK                 15:39:29                    1      0.08
             10-55195-KG                            ASSOCIATED CASES
08/12/2011   DEBK                 15:40:01                   30      2.40
             09-10138-KG FIL OR ENT: FILED FROM: 6/13 DOCKET REPORT
08/12/2011   DEBK                 15:43:11                    1      0.08
             04-50858-PBL                           CASE SUMMARY
08/12/2011   DEBK                 15:43:47                    1      0.08
             02-10118-MFW FIL OR ENT: FILED FROM: 6/1 DOCKET REPORT
08/12/2011   00PCL                15:48:13                    1      0.08
             NAME ANIAKCHAK ALL COURTS  PAGE: 1    ALL COURT TYPES PARTY SEA
```

```
CUSTOMER NUMBER: AC0179
DATE RANGE:    07/01/2011 - 09/30/2011                    PAGE:        4

DATE      COURT                 TIME IN   TIME OUT TIME/PAGES  AMOUNT
          SEARCH CRITERIA                          DESCRIPTION
------------------------------------------------------------------------------
PAGES     SUBTOTAL FOR  7730-0001                           64      5.12

                                                       ===============
SUBTOTAL FOR CLIENT CODE: 7730-0001                                 5.12


CLIENT CODE: 7747-1
08/30/2011   AKDC                 11:02:46                    4      0.32
             3:10-CV-00211-RRB                      DOCKET REPORT
08/30/2011   AKDC                 11:03:49                    1      0.08
             3:10-CV-00211-RRB DOCUMENT 10-1        IMAGE10-1
08/30/2011   AKDC                 11:04:13                    1      0.08
             3:10-CV-00211-RRB DOCUMENT 10-2        IMAGE10-2
08/30/2011   AKDC                 11:04:31                    1      0.08
             3:10-CV-00211-RRB DOCUMENT 10-3        IMAGE10-3
08/31/2011   AKDC                 10:04:25                    3      0.24
             3:10-CV-00211-RRB START DATE: 8/29/2011  DOCKET REPORT
08/31/2011   AKDC                 10:05:03                    5      0.40
             3:10-CV-00211-RRB START DATE: 10/1/2010  DOCKET REPORT
PAGES     SUBTOTAL FOR  7747-1                               15      1.20

                                                       ===============
SUBTOTAL FOR CLIENT CODE: 7747-1                                    1.20


CLIENT CODE: 7763-0001
07/01/2011   CACBK                15:06:39                    1      0.08
             9:11-BK-10405-RR                       ALIASES
07/01/2011   CACBK                15:07:19                    3      0.24
             9:11-BK-10405-RR FIL OR ENT: FILED FROM: DOCKET REPORT
07/01/2011   CACBK                15:07:35                    7      0.56
             9:11-BK-10405-RR DOCUMENT 1-0          IMAGE1-0
07/01/2011   CACBK                15:08:37                    1      0.08
             9:11-BK-10405-RR DOCUMENT 1-1          IMAGE1-1
07/01/2011   CACBK                15:09:10                    3      0.24
```

$1.20

ATKINSON, CONWAY & GAGNON, INC.

47779

Pacer Service Center
04/26/12

| Date | Invoice | Invoice Amount | Amount Paid |
|------|---------|----------------|-------------|
| 04/01/2012 | AC0179-Q12012 | 23.92 | 23.92 |
| | Acct. #AC0179   Printing Fees January - March 2012 | | |

7747.1 Bocce
$.40    PG6

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 256-837-8860

M02SF019781

ATKINSON, CONWAY & GAGNON, INC.

47779

Pacer Service Center
04/26/12

| Date | Invoice | Invoice Amount | Amount Paid |
|------|---------|----------------|-------------|
| 04/01/2012 | AC0179-Q12012 | 23.92 | 23.92 |
| | Acct. #AC0179   Printing Fees January - March 2012 | | |

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**ATKINSON, CONWAY & GAGNON, INC.**
ATTORNEY'S ACCOUNT
420 L STREET, SUITE 500
ANCHORAGE, ALASKA 99501-1989
PH. (907) 276-1700

47779

WELLS FARGO BANK ALASKA, N.A.
Anchorage, AK

89-5/1252

*******************************************************  Twenty Three & 92/100

PAY
TO THE
ORDER OF

| DATE | AMOUNT |
|------|--------|
| 04/26/12 | 23.92 |

Pacer Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈047779⑈ ⑆125200057⑆ 34⑈108327⑈

```
                                                     ==============
SUBTOTAL FOR CLIENT CODE: 7675-1                              0.48



  CUSTOMER NUMBER: AC0179
  DATE RANGE:    01/01/2012 - 03/31/2012                 PAGE:          2

  DATE      COURT            TIME IN   TIME OUT TIME/PAGES   AMOUNT
            SEARCH CRITERIA                    DESCRIPTION
------------------------------------------------------------------------
CLIENT CODE: 7703-1
  02/20/2012  00PCL             20:04:34                  1       0.08
              NAME WOBROCK, JESSE ALL COURTS  PAGE: 1  ALL COURT TYPES PARTY SEA
  02/20/2012  00PCL             20:05:05                  1       0.08
              NAME WOBROCK ALL COURTS  PAGE: 1     ALL COURT TYPES PARTY SEA
  PAGES    SUBTOTAL FOR  7703-1                           2       0.16

                                                     ==============
SUBTOTAL FOR CLIENT CODE: 7703-1                              0.16


CLIENT CODE: 7747-1
  02/22/2012  AKDC            16:43:09                     5       0.40
              3:10-CV-00211-RRB                DOCKET REPORT
  PAGES    SUBTOTAL FOR  7747-1                            5       0.40

                                                     ==============
SUBTOTAL FOR CLIENT CODE: 7747-1                              0.40


CLIENT CODE: 7748-1
  03/31/2012  SCDC            18:49:10                     1       0.08
              LAST NAME: FIRST MERCURY          SEARCH
  03/31/2012  SCDC            18:49:20                     2       0.16
              4:09-CV-02805-TLW                DOCKET REPORT
  03/31/2012  SCDC            18:50:16                     4       0.32
              4:09-CV-02805-TLW DOCUMENT 16-0   IMAGE16-0
  03/31/2012  SCDC            18:51:06                     3       0.24
              4:09-CV-02805-TLW DOCUMENT 3-0    IMAGE3-0
  PAGES    SUBTOTAL FOR  7748-1                           10       0.80
                                              +     23       1.84
                                                     ==============
SUBTOTAL FOR CLIENT CODE: 7748-1                              0.80
                                                             2.64

CLIENT CODE: 7765-1
  03/07/2012  MNBK            12:55:39                     1       0.08
              92-50355                         PARTY LIST
  03/07/2012  00PCL           13:52:29                     1       0.08
              NAME HARDON, ORIEN ALL COURTS  PAGE: 1  CRIMINAL PARTY SEARCH
  03/07/2012  00PCL           13:54:19                     1       0.08
              NAME HARDON, SCOTT ALL COURTS  PAGE: 1  CRIMINAL PARTY SEARCH
  03/07/2012  00PCL           13:55:04                     1       0.08
              NAME HARDON ALL COURTS  PAGE: 1   ALL COURT TYPES PARTY SEA
  PAGES    SUBTOTAL FOR  7765-1                            4       0.32

                                                     ==============
```

ATKINSON, CONWAY & GAGNON, INC.                                    47749

Frontier Research
04/18/12

| **Date** | **Invoice** | **Invoice Amount** | **Amount Paid** |
|----------|-------------|--------------------|-----------------|
| 04/18/2012 | 4/18/12 | 47.00 | 47.00 |

UCC Search Fee    7747.1    PBG

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 256-837-8860          M02SF019791

---

ATKINSON, CONWAY & GAGNON, INC.                                    47749

Frontier Research
04/18/12

| **Date** | **Invoice** | **Invoice Amount** | **Amount Paid** |
|----------|-------------|--------------------|-----------------|
| 04/18/2012 | 4/18/12 | 47.00 | 47.00 |

UCC Search Fee    7747.1    PBG

---

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**ATKINSON, CONWAY & GAGNON, INC.**                               47749
ATTORNEY'S ACCOUNT
420 L STREET, SUITE 500
ANCHORAGE, ALASKA 99501-1989                WELLS FARGO BANK ALASKA, N.A.
PH. (907) 276-1700                                Anchorage, AK

                                                      89-5/1252

                    *********************************************** Forty Seven & no/100

PAY
TO THE
ORDER OF
                                          DATE                 AMOUNT
                                          04/18/12             47.00

Frontier Research
2814 Alder Drive
Anchorage, AK 99508
                                          _____
                                          AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT

⑈047749⑈ ⑆125200057⑆ 34⑈108327⑈

BRUCE E. GAGNON
ROBERT J. DICKSON
W. MICHAEL MOODY
PATRICK B. GILMORE
RICHARD E. VOLLERTSEN
NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
SARAH A. MARSEY

LAW OFFICES OF

## ATKINSON, CONWAY & GAGNON, INC.

A PROFESSIONAL CORPORATION
420 L STREET
SUITE 500
ANCHORAGE, ALASKA 99501

PHONE: (907) 276-1700
FAX: (907) 272-2082
www.acglaw.com

RETIRED
KENNETH R. ATKINSON

JOHN M. CONWAY
(1936-2009)

April 11, 2012

VIA FACSIMILE ONLY No. 276-5235

Romie Clark
Frontier Research
2814 Alder Drive
Anchorage, AK 99508

Re:   3 Way Electric of Alaska Inc.

Please Pay
7747.1
DAP bss PBC

AT&T TeleConference Services
11/30/11

| Date | Invoice | Invoice Amount | Amount Paid |
|------|---------|----------------|-------------|
| 11/01/2011 | 77471 10/17 | 21.10 | 21.10 |
| | Acct. 81331235-00001 | 7747.1  PBG | |

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 256-837-8980

M02SF019791

ATKINSON, CONWAY & GAGNON, INC.

47394

AT&T TeleConference Services
11/30/11

| Date | Invoice | Invoice Amount | Amount Paid |
|------|---------|----------------|-------------|
| 11/01/2011 | 77471 10/17 | 21.10 | 21.10 |
| | Acct. 81331235-00001 | 7747.1  PBG | |

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**ATKINSON, CONWAY & GAGNON, INC.**
ATTORNEY'S ACCOUNT
420 L STREET, SUITE 500
ANCHORAGE, ALASKA  99501-1989
PH. (907) 276-1700

WELLS FARGO BANK ALASKA, N.A.
Anchorage, AK

89-5/1252

47394

*************************************************** Twenty One & 10/100

PAY

TO THE
ORDER OF

DATE          AMOUNT
11/30/11        21.10

AT&T TeleConference Services
PO Box 2840

Omaha, NE 68103-2840

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT.

⑈047394⑈ ⑆125200057⑆ 34⑈108327⑈

# AT&T TeleConference Services

 at&t

ACCOUNT ID:      81331235-00001                    BILL DATE: NOV 01 2011
CUSTOMER:        ATTN: DEBBIE PRATT
                 ATKINSON CONWAY & GAGNON

## DETAIL OF SERVICE USAGE

| _____ITEM_____ | _QTY_ | _TYPE_ | _DATE_ | _TIME_ | _MINUTES_ | ___TOTAL___ |
|---|---|---|---|---|---|---|

### AUDIO DIAL-IN TELECONFERENCES

CONFERENCE:   BDP9492
HOST NAME:    DEBBIE PRATT                     RESERVED MINUTES:       90
HOST NUMBER:  907-276-1700                     RESERVED CONNECTIONS:   10 DIAL-IN

| | ITEM | QTY | TYPE | DATE | TIME | MINUTES | TOTAL |
|---|---|---|---|---|---|---|---|
| 1. | CONFEREE | 907-297-4133 | RSVLDIUSA | 10/17/2011 | 02:28pm | 54 | 5.40 |
| 2. | CONFEREE | 425-827-0174 | RSVLDIUSA | 10/17/2011 | 02:28pm | 54 | 5.40 |
| 3. | CONFEREE | | RSVLDIUSA | 10/17/2011 | 02:30pm | 52 | 5.20 |
| 4. | CONFEREE | 425-827-4221 | RSVLDIUSA | 10/17/2011 | 02:32pm | 51 | 5.10 |

SUBTOTAL                                                    211        21.10
TAXES                                                                   0.00

TOTAL FOR CONFERENCE ID:   BDP9492                          211      $21.10

## CALL TYPE CONFERENCE SUMMARY

| CALL TYPE | CONFERENCES | CONNECTIONS | MINUTES | CHARGES |
|---|---|---|---|---|
| RESERVATIONLESS: -800 Auto | 1 | 4 | 211 | 21.10 |
| | 1 | 4 | 211 | $21.10 |

ATKINSON, CO...WAY & GAGNON, INC.

47126

Groh Eggers, LLC
08/30/11

| Date | Invoice | Invoice Amount | | Amount Paid |
|------|---------|----------------|--|-------------|
| 08/30/2011 | Northrim v Osborne | 426.80 | | 426.80 |
| | 1/2 Airfare re Wellman Deposition 7747.1 | PBG | | |

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 256-837-8860

M02SF015791

ATKINSON, CONWAY & GAGNON, INC.

47126

Groh Eggers, LLC
08/30/11

| Date | Invoice | Invoice Amount | | Amount Paid |
|------|---------|----------------|--|-------------|
| 08/30/2011 | Northrim v Osborne | 426.80 | | 426.80 |
| | 1/2 Airfare re Wellman Deposition 7747.1 | PBG | | |

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**ATKINSON, CONWAY & GAGNON, INC.**
ATTORNEY'S ACCOUNT
420 L STREET, SUITE 500
ANCHORAGE, ALASKA 99501-1989
PH. (907) 276-1700

WELLS FARGO BANK ALASKA, N.A.
Anchorage, AK

89-5/1252

47126

PAY
TO THE
ORDER OF

******************************************* Four Hundred Twenty Six & 80/100

| DATE | AMOUNT |
|------|--------|
| 08/30/11 | 426.80 |

Groh Eggers, LLC
2600 Cordova St., #110
Anchorage, AK 99503

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈047126⑈ ⑆125200057⑆ 34⑈108327⑈

| | |
|---|---|
| **From:** | Gilmore, Patrick B. |
| **Sent:** | Tuesday, August 30, 2011 2:24 PM |
| **To:** | Dave Devine |
| **Cc:** | jake.jacobson@osborne.cc; Pratt, Debbie A.; Weimer, Lisa H. |
| **Subject:** | RE: Northrim v Osborne - Deposition of Paul Wellman |

Your check's in the mail.

Patrick B. Gilmore, Esq.
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501
Tel: 907-276-1700
Fax: 907-272-2082
pbg@acglaw.com
www.acglaw.com

0941.1

The information contained in this transmittal is confidential, may be subject to attorney-client privilege and is intended only for the use of the recipient named above. If the reader of this information is not the intended recipient, or the employee or agent responsible for delivery of this information to the intended recipient, you are hereby notified that this is not a waiver of privilege and any dissemination, distribution, or copying of this information is strictly prohibited. If you have received this information in error, please notify the sender immediately by telephone at (907) 276-1700 and delete this message from your system.

**From:** Dave Devine [mailto:devined@groheggers.com]
**Sent:** Tuesday, August 30, 2011 2:05 PM
**To:** Gilmore, Patrick B.
**Cc:** Rob Schmidt
**Subject:** Northrim v Osborne - Deposition of Paul Wellman
**Importance:** High

Pat:

Per our agreement to split the cost of bringing Paul Wellman to Anchorage for deposition on September 28, 2011 rather than have both of us incur the cost to fly to Medford, Oregon, attached please find a copy of Paul's reservation for coach round trip airfare at a price of $853.61. Your ½ will be $426.80. If this is acceptable, please let me know and I will tell Paul to purchase this ticket. Thanks.

*Dave*

David A. Devine
GROH EGGERS, LLC
2600 Cordova St., Suite 110
Anchorage, AK 99503
Phone: (907) 562-6474
Fax: (907) 562-6044

The information in this email and any attachments is confidential information intended only for the individuals or entities named above and may be protected by attorney-client privilege or as attorney work product. If the reader is not the intended recipient, you are hereby notified that you have received this message in error and

1

ATKINSON, CONWAY & GAGNON, INC.

46964

Wells Fargo Bank, N.A.
06/15/11

| Date | Invoice | Invoice Amount | Amount Paid |
|------|---------|----------------|-------------|
| 06/15/2011 | Wells Fargo | 20.00 | 20.00 |
| | Subpoena | | |

Witness fee for records subpoena    7747.1    PBG

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 266-637-8860

M02SF019791

ATKINSON, CONWAY & GAGNON, INC.

46964

Wells Fargo Bank, N.A.
06/15/11

| Date | Invoice | Invoice Amount | Amount Paid |
|------|---------|----------------|-------------|
| 06/15/2011 | Wells Fargo | 20.00 | 20.00 |
| | Subpoena | | |

Witness fee for records subpoena    7747.1    PBG

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**ATKINSON, CONWAY & GAGNON, INC.**
ATTORNEY'S ACCOUNT
420 L STREET, SUITE 500
ANCHORAGE, ALASKA 99501-1989
PH. (907) 276-1700

WELLS FARGO BANK ALASKA, N.A.
Anchorage, AK

89-5/1252

46964

PAY
TO THE
ORDER OF

*************************************************************** Twenty & no/100

DATE     AMOUNT

06/15/11     20.00

AUTHORIZED SIGNATURE

Wells Fargo Bank, N.A.
6831 Arctic Boulevard
Anchorage, AK 99519

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈046964⑈ ⑆125200057⑆ 34⑈ 10832 7⑈

ATKINSON, CONWAY & GAGNON

# CHECK REQUISITION

**Need By:**   Date:  6/15/11   Time:   2:00 p.m.

Date:   6/15/2011   Requested By:   dap   Attorney:   pbg   Amount:  $   20.00

Payable To:   Wells Fargo Bank, N.A.   Payee's S.S. # or Tax I.D.:

Address:   6831 Arctic Boulevard, Anchorage, AK  99519

Charge To:

Client/Matter Name:   Osborne/Marlow   Client/Matter #:   7747.1   Trust Account Check ☐

Firm Charge Explanation (Include names of
persons entertained and business discussed):

## Disbursement Codes (Client Billing)

| | | | | | |
|---|---|---|---|---|---|
| 97 | ☐ | Outside Law Firm Photocopies | 295 | ☒ | Witness Fees |
| 105 | ☐ | Computerized Legal Research | 305 | ☐ | Appraisal Fee |
| 120 | ☐ | Courier | 310 | ☐ | Certified Copies |
| 130 | ☐ | Postage | 400 | ☐ | Owner's Policy |
| 140 | ☐ | Travel (Airfare, Car Rental) | 405 | ☐ | Charge For Crying Sale |
| 145 | ☐ | Travel (Lodging, Meals, Out-of-Pocket | 410 | ☐ | Personal Service Fees |
| 150 | ☐ | Depositions | 415 | ☐ | Post Sale Recording Cost |
| 205 | ☐ | Court Costs | 420 | ☐ | Posting Notice of Sales |
| 210 | ☐ | Court Reporter Fees | 425 | ☐ | Postponement |
| 215 | ☐ | Exhibits Preparation | 430 | ☐ | Publications |
| 225 | ☐ | Filing Fees | 435 | ☐ | Recording Notice of Default |
| 230 | ☐ | Telecopies | 440 | ☐ | Trustee's Fees |
| 232 | ☐ | Marshal Fees | 445 | ☐ | Title Search |
| 235 | ☐ | Medical Records | 450 | ☐ | Cost Bond |
| 240 | ☐ | Miscellaneous (Describe Below) | 455 | ☐ | Certified Mailing |
| 245 | ☐ | Package Express Services | 460 | ☐ | Trustee Sale Guaranty |
| 250 | ☐ | Mileage, Parking, Taxi | 465 | ☐ | Record Rescission |
| 255 | ☐ | Photocopying Services | 466 | ☐ | Client Overpayment |
| 260 | ☐ | Photography | 467 | ☐ | Registration Fees |
| 270 | ☐ | Process Service Fees | 470 | ☐ | Recording Notice To Quit |
| 272 | ☐ | Recording Fees | 471 | ☐ | Legal Aid |
| 275 | ☐ | Research Fees | 900 | ☐ | Expense Reimbursement |
| 280 | ☐ | Temporary/Contract Labor | 902 | ☐ | Rental Fee |
| 285 | ☐ | Investigative Services | 903 | ☐ | Books |
| 290 | ☐ | Consultation Fees | | | |

Client Disbursement Description:   Subpoena fee for records
(As Shown on Billing)

Check #: _____   Check Date: _____   Mail From Accounting: ☐ Yes   ☐ No

ATKINSON, CONWAY & GAGNON, INC.

46893

Wells Fargo Bank, N.A.
05/05/11

| Date | Invoice | Invoice Amount | Amount Paid |
|------|---------|----------------|-------------|
| 05/05/2011 | 77471 | 20.00 | 20.00 |
| | Witness Fee - Records Subpoena | 7747.1 PBG | |

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 256-837-8860

M02SF019791

ATKINSON, CONWAY & GAGNON, INC.

46893

Wells Fargo Bank, N.A.
05/05/11

| Date | Invoice | Invoice Amount | Amount Paid |
|------|---------|----------------|-------------|
| 05/05/2011 | 77471 | 20.00 | 20.00 |
| | Witness Fee - Records Subpoena | 7747.1 PBG | |

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**ATKINSON, CONWAY & GAGNON, INC.**
ATTORNEY'S ACCOUNT
420 L STREET, SUITE 500
ANCHORAGE, ALASKA 99501-1989
PH. (907) 276-1700

46893

WELLS FARGO BANK ALASKA, N.A.
Anchorage, AK

89-5/1252

**PAY**

**************************************************** Twenty & no/100

TO THE
ORDER OF

| DATE | AMOUNT |
|------|--------|
| 05/05/11 | 20.00 |

Wells Fargo Bank, N.A.
6831 Arctic Blvd.
Anchorage, AK 99519

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE — RED IMAGE DISAPPEARS WITH HEAT.

⑈046893⑈ ⑆125200057⑆ 34⑈108327⑈

# CHECK REQUISITION

**Need By:**     Date:    5/5/11      Time:      2:30 p.m.

Date:    5/5/2011      Requested By:    dap          Attorney:    pbg      Amount:  $      20.00

Payable To:    Well Fargo Bank, N.A.              Payee's S.S. # or Tax I.D.:

Address:      6831 Arctic Boulevard, Anchorage, AK  99519

Charge To:

Client/Matter Name:    Osborne/Marlow        Client/Matter #:    7747.1          Trust Account Check    ☐

Firm Charge Explanation (Include names of
persons entertained and business discussed):

## Disbursement Codes (Client Billing)

| Code | | Description | Code | | Description |
|---|---|---|---|---|---|
| 97 | ☐ | Outside Law Firm Photocopies | 295 | ☒ | Witness Fees |
| 105 | ☐ | Computerized Legal Research | 305 | ☐ | Appraisal Fee |
| 120 | ☐ | Courier | 310 | ☐ | Certified Copies |
| 130 | ☐ | Postage | 400 | ☐ | Owner's Policy |
| 140 | ☐ | Travel (Airfare, Car Rental) | 405 | ☐ | Charge For Crying Sale |
| 145 | ☐ | Travel (Lodging, Meals, Out-of-Pocket | 410 | ☐ | Personal Service Fees |
| 150 | ☐ | Depositions | 415 | ☐ | Post Sale Recording Cost |
| 205 | ☐ | Court Costs | 420 | ☐ | Posting Notice of Sales |
| 210 | ☐ | Court Reporter Fees | 425 | ☐ | Postponement |
| 215 | ☐ | Exhibits Preparation | 430 | ☐ | Publications |
| 225 | ☐ | Filing Fees | 435 | ☐ | Recording Notice of Default |
| 230 | ☐ | Telecopies | 440 | ☐ | Trustee's Fees |
| 232 | ☐ | Marshal Fees | 445 | ☐ | Title Search |
| 235 | ☐ | Medical Records | 450 | ☐ | Cost Bond |
| 240 | ☐ | Miscellaneous (Describe Below) | 455 | ☐ | Certified Mailing |
| 245 | ☐ | Package Express Services | 460 | ☐ | Trustee Sale Guaranty |
| 250 | ☐ | Mileage, Parking, Taxi | 465 | ☐ | Record Rescission |
| 255 | ☐ | Photocopying Services | 466 | ☐ | Client Overpayment |
| 260 | ☐ | Photography | 467 | ☐ | Registration Fees |
| 270 | ☐ | Process Service Fees | 470 | ☐ | Recording Notice To Quit |
| 272 | ☐ | Recording Fees | 471 | ☐ | Legal Aid |
| 275 | ☐ | Research Fees | 900 | ☐ | Expense Reimbursement |
| 280 | ☐ | Temporary/Contract Labor | 902 | ☐ | Rental Fee |
| 285 | ☐ | Investigative Services | 903 | ☐ | Books |
| 290 | ☐ | Consultation Fees | | | |

Client Disbursement Description:    Subpoena for Records
(As Shown on Billing)

Check #:  _____      Check Date:  _____      Mail From Accounting:  ☐ Yes    ☐ No